UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARTIN ASHLEY ONTIVEROS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIN, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-3159 PJH<br><br>**ORDER RE: ATTENDANCE**<br><br>Date:　　　April 6, 2011<br>Mediator:　Patricia Kenney |

　　　IT IS HEREBY ORDERED that the request for defendant Michael Smith to attend telephonically the April 6, 2011 mediation before Patricia Kenney is GRANTED. Mr. Smith shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

April 4, 2011　　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge