UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARTIN ASHLEY ONTIVEROS,<br>    Plaintiff, | No. C 10-3159 PJH |
| v. | **ORDER RE: ATTENDANCE** |
| COUNTY OF MARIN, et al.,<br>    Defendants._____/ | Date:      April 6, 2011<br>Mediator:  Patricia Kenney |

   IT IS HEREBY ORDERED that the request for defendant Michael Smith to attend telephonically the April 6, 2011 mediation before Patricia Kenney is GRANTED.  Mr. Smith shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

April 4, 2011                    By:      *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                           United States Magistrate Judge