1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Shah Lichtblau, SBN 167999
2  Stephen Raab, SBN 180939
   3501 Civic Center Drive, Room 275
3  San Rafael, CA 94903
   Tel.: (415) 499-6117, Fax: (415) 499-3796
4

5  Attorney(s) for the County of Marin, Michael Smith,
   Roy Given and Elaine Ginnold
6

7  David M. Poore, SBN 192541
   BROWN | POORE LLP
8  2200 Powell Street, Suite 745
   Emeryville, California 94608
9  Telephone:    (510) 923-6280
   Facsimile:    (510) 923-6285
10

11 Attorneys for Plaintiff Martin Ontiveros

12

13

14                   UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 | MARTIN ASHLEY ONTIVEROS;              | Case No.: USDC 10 3159 PJH
18 |          Plaintiff,                   | STIPULATION FOR DISMISSAL AND ORDER
19 |     v.
20 |
21 | COUNTY OF MARIN; MICHAEL SMITH; ROY
   | GIVEN; ELAINE GINNOLD;
22 |
23 |          Defendants.

24

25     IT IS HEREBY STIPULATED by and between parties to this action through their designated
26 counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41
27 (a) (1). Each party is to bear its own attorneys fees and costs.
28     SO STIPULATED.

STIPULATION FOR DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: 6/9/11 | BROWN \| POORE LLP |
| 2 | | |
| 3 | | BY: /s/ David M. Poore |
| 4 | | DAVID POORE |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | Dated: 6/9/11 | PATRICK K. FAULKNER |
| 8 | | MARIN COUNTY COUNSEL |
| 9 | | |
| 10 | | BY: /s/ Sheila Shah Lichtblau |
| 11 | | SHEILA SHAH LICHTBLAU |
| | | Attorney for Defendant County of Marin |

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

6/10/11

2

STIPULATION FOR DISMISSAL